UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
OCT 11 2013
THOMAS G. BRUTON
CLERK, U S DISTRICT COURT

| | |
|---|---|
| DOIAKAH GRAY, Plaintiff, | |
| V. | Case No. 12C 244 Judge Gary Feinerman |
| IMHOTEP CARTER, et al. Defendants. | |

## MOTION FOR AN ORDER COMPELLING DISCOVERY

NOW COMES, DOIAKAH GRAY, prose, pursuant to Rule 37 of the Federal Rules of Civil Procedure, requesting that this Court issues an order compelling the defendants Marcus Hardy, Joe Sheeny, Steven Fischman, and Jacqueline Mitchell, and Darryl Edwards produce requested discovery:

In support the Plaintiff states as follows:

1. Plaintiff moves this Court for an order pursuant to Rule 37(a) of the Federal Rules of Civil Procedure to compel the defendants Hardy, Sheeny, Fischman, Mitchell, and

1

Edwards to produce for inspection and copying the following documents:

    (a) Illinois Administrative Code, 20 Illinois Administrative Code Part 415 (the entire Part 415).

    (b) Illinois Department of Corrections Administrative Directives: 04.03.105; 04.03.102; 04.03.112; 04.03.150; 04.03.110; 04.03.111; 04.03.125; 04.03.121.

    (c) Answers to all interrogatories and requests for admissions submitted to Hardy, Sheeny, Fischman, Mitchell, and Edwards.

2. On August 31, 2012, the Plaintiff submitted his first written request for the documents above (see attached Exhibit-A, certificate of service)

3. In addition, on August 31, 2012, the Plaintiff submitted requests for admissions to defendants Hardy, and Mitchell. The Plaintiff also submitted interrogatories to defendants Hardy, Mitchell, Sheeny, Fischman, and Edwards. No defendants answered the requests for admissions and interrogatories.

4. The requested documents are essential to the Plaintiff's litigation. The defendants have not alleged a reason why the plaintiff's

discovery requests went unanswered.

5. The Plaintiff's discovery requests, admissions, and interrogatories are essential for the Plaintiff to substantitate his claims.

6. On September 12, 2013, the Plaintiff contacted the defendants seeking to receive discovery. See Local Rule 37.2 (attached Exhibit-B)

7. The Plaintiff request that he be proved all the requested discovery and that all admissions and interrogatories be answered.

WHEREFORE, the Plaintiff prays that this Court issues an order compelling discovery within 14 days.

_____
DOIAKAH GRAY
PLAINTIFF
PRO SE

EXHIBIT- A

Doiakoh Gray )
v. ) Case No. 12C 0244
Imhotep Carter, et al. )

## CERTIFICATE OF SERVICE

On August 31, 2012, I, Doiakoh Gray, caused a copy of the Plaintiff's first submission of Interrogatories, Request for Production of Documents, and Request for admissions to be sent to Agnes Ptasznik Assistant Attorney General, General Law Bureau 100 W. Randolph St, 13th fl Chicago, IL 60601

Doiakoh Gray

SUBSCRIBED AND SWORN TO BEFORE ME THIS 31st DAY OF AUGUST 2012

_____
NOTARY PUBLIC

OFFICIAL SEAL
TYNEER N. BUTLER-WINTERS
Notary Public - State of Illinois
My Commission Expires Jan 20, 2015

EXHIBIT-B

September 12, 2013

Agnes A. Ptasznik
Assistant Attorney General
100 West Randolph St., 13th FL
Chicago, IL 60601

Doiakah Gray
Register No. K-70373
P.O. Box 112
Joliet, IL 60434

RE: Gray v. Carter, et al.
No. 12C244

Dear Ms. Ptasznik:

On August 31, 2012, the plaintiff submitted a request for the production of documents from the defendants Joesph Sheeny, Marcus Hardy, and Jacqueline Mitchell.

The plaintiff also submitted requests for admissions to Sheeny, Hardy, and Mitchell; in addition to a set of interrogatories to Sheeny, Hardy, Mitchell, and Steven Fischman.

The plaintiff has not received a response from the defendants regarding the above requested discovery. These documents are essential to the plaintiff and he requests that the defendants provide him a copy of the requested discovery.

DOIAKAH GRAY
PLAINTIFF
PRO SE

DOIAKAH GRAY )
v. )
IMHOTEP CARTER ) Case No. 12 C 244

## CERTIFICATE OF SERVICE

On September 27, 2013, the Plaintiff, Doiakah Gray caused a copy of the Plaintiff's MOTION FOR AN ORDER COMPELLING DISCOVERY to be sent to AGNES PTASZNIK, ASSISTANT ATTORNEY GENERAL, 100 West RANDOLPH STREET, 13th FL CHICAGO, IL 60601

_____
DOIAKAH GRAY
PLAINTIFF
PRO SE

SUBSCRIBED AND SWORN TO BEFORE ME THIS 27 DAY OF SEPTEMBER 2013

_____
NOTARY PUBLIC

OFFICIAL SEAL
TYNEER N. BUTLER-WINTERS
Notary Public - State of Illinois
My Commission expires Jan 20, 2015